■ CHARLES J. MILLER, JR., Respondent, v HENRY SOEKER, Appellant.—Appeal from an order of the Supreme Court, Putnam County (Dickinson, J.), dated July 6, 1988.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Dickinson at the Supreme Court. Mollen, P. J., Thompson, Kunzeman and Rubin, JJ., concur.